| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Neal J. Deckant (State Bar No. 322946) |
| 3 | 1990 North California Blvd., 9th Floor |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455 |
|   | Facsimile: (925) 407-2700 |
| 5 | E-mail: ltfisher@bursor.com |
|   |        ndeckant@bursor.com |

*Attorneys for Defendants*
*Specially Appearing for the Limited Purpose*
*of Contesting Jurisdiction*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation, | Case No. 3:25-cv-06351-LJC |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| BURSOR & FISHER, P.A. and SCOTT BURSOR, | Judge:  Hon. Lisa J. Cisneros |
| Defendants. | |

Plaintiff Sentinel Insurance Company, Ltd. and Defendants Bursor & Fisher, P.A. and Scott Bursor, by and through their respective counsel of record, (collectively "the Parties"), pursuant to Civil Local Rule 6-1(a), hereby stipulate as follows:

1. On July 29, 2025, Plaintiff initiated this lawsuit against Defendants (Dkt. 1).

2. Defendants have both been served.  Defendants have asked Plaintiff for an extension of time to answer or otherwise respond to Plaintiff's Complaint.

3. Plaintiff consents to extend Defendants' time to answer or otherwise respond to Plaintiff's Complaint to no later than September 11, 2025.

4. No date or deadline set by the Court will be changed or altered as a result of this Stipulation.

**IT IS SO STIPULATED AND AGREED BY THE PARTIES**

Dated:  August 19, 2025         **BURSOR & FISHER, P.A**.

By:  */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         ndeckant@bursor.com

*Attorneys for Defendants*
*Specially Appearing for the Limited Purpose*
*of Contesting Jurisdiction*

Dated: August 19, 2025          **RUGGERI PARKS WEINBERG LLP**

By:  */s/ Matthew J. Antonelli*

Matthew J. Antonelli (Bar No. 343144)
201 Spear Street, Suite 1100
San Francisco, CA  94105
Tel:  (415) 429-0998
Fax:  (202) 984-1401
mantonelli@ruggerilaw.com

*Attorney for Plaintiff*